# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Florence Davis a/k/a Midge Davis, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Calvin Mattingley, Nancy Mattingley, )<br>)<br>Defendant, )<br>)<br>EMCASCO Insurance Company, )<br>)<br>Movant. ) | **ORDER**<br><br><br><br><br><br>Case No. 1-17-cv-193 |

___

Before the court is Motion to Intervene by Movant EMCASCO Insurance Company. (Doc. No. 9). Neither Davis nor the Mattingleys contest the motion. After review, the motion appears to be timely and warranted. Accordingly, the court **GRANTS** the Motion to Intervene. (Doc. No. 9). EMCASCO Insurance Company shall be added as an intervenor party to this action and shall be allowed to file and serve its complaint for interpleader under Fed.R.Civ.P. 22.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court