# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Florence Davis a/k/a/ Midge Davis, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Calvin Mattingly and Nancy Mattingly, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 1:17-cv-193 |
| EMCASCO Insurance Company, ) | |
| ) | |
| Intervenor. ) | |

The court held status conference with the parties by telephone on January 8, 2019. Pursuant to its discussions with the parties, the court **ORDERS**:

1. The parties shall have until July 12, 2019, to file dispositive motions.

2. The final pretrial conference set for April 30, 2019, shall be rescheduled for October 15, 2019, at 10:30 a.m. by telephone before the undersigned. The court shall initiate the conference call.

3. The jury trial set for May 13, 2019, shall be rescheduled for October 28, 2019, at 9:00 a.m. in Bismarck before the undersigned (Eagle Courtroom). A five (5) day trial is anticipated.

Dated this 8th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court