# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Florence Davis a/k/a Midge Davis, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER ADOPTING STIPULATION FOR BIFURCATION OF ISSUES FOR TRIAL** |
| Calvin Mattingley and Nancy Mattingley, | ) |
| Defendants. | ) |
| EMCASCO Insurance Company, | ) Case No. 1:17-cv-193 |
| Interpleader. | ) |

On February 1, 2019, the parties filed a "Stipulation to Bifurcation of Issues for Trial and Waiver of Right to Trial on Interpleader." The court **ADOPTS** the stipulation (Doc. No. 59). The jury trial on all issues set forth in plaintiff's Complaint and defendants' Answer and Counterclaim shall proceed as scheduled on October 28, 2019. A bench trial of all issues set forth in EMCASCO Insurance Company First Amended Complaint for Declaratory Judgment and/or Interpleader and well as any other matters arising therefrom shall be scheduled at a later date.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2019.

                 */s/ Charles S. Miller, Jr.*
                 Charles S. Miller, Jr., Magistrate Judge
                 United States District Court